JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| JUANA LUJAN,            ) | Case No. EDCV 08-1906-MLG |
|              Plaintiff, ) | JUDGMENT |
|      v.                 ) | |
| MICHAEL J. ASTRUE,      ) | |
| Commissioner of the     ) | |
| Social Security Administration, ) | |
|              Defendant. ) | |

**IT IS ADJUDGED** that this action is remanded to Defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: October 5, 2009

*MARC L. GOLDMAN*
_____
MARC L. GOLDMAN
United States Magistrate Judge